UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| MELISSA PARHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 4:22-CV-56-JHM |
| | ) |
| DAVIESS COUNTY, By and Through, Daviess County Fiscal Court, | ) ) ) |
| | ) |
| Defendant. | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

### I. NATURE OF THE CASE

1. Plaintiff, Melissa Parham ("Plaintiff"), by and through counsel, brings this action against Defendant, Daviess County ("Defendant"), alleging sexual harassment and Defendant's retaliatory actions in violation of the Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000 *et seq.* and the Kentucky Civil Rights Act ("KCRA") .

### II. PARTIES

2. At all times relevant to this litigation, Plaintiff lived in Owensboro, Kentucky within the geographical boundaries of the Western District of Kentucky.

3. Defendant maintains offices and routinely conducts business within the geographical boundaries of the Western District of Kentucky.

### III. JURISDICTION AND VENUE

4. Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. §1331; 28 U.S.C. §1343; and 42 U.S.C. §2000e-5(f)(3).

1

5. Jurisdiction is conferred over Plaintiff's state law claims pursuant to 28 U.S.C. §1367 because her state law claim arises from the same common nucleus of operative facts as her federal law claim and all of her claims form a single case and controversy under Article III of the United States Constitution.

6. Defendant is an "employer" as that term is defined by 42 U.S.C. § 2000e(b) and KRS 344.030(2).

7. Plaintiff is an "employee" as that term is defined by 42 U.S.C. § 2000e(f) and KRS 344.030(5).

8. Plaintiff exhausted her administrative remedies by timely filing a Charge of Discrimination against Defendant with the U.S. Equal Employment Opportunity Commission ("EEOC") alleging sexual harassment and retaliation. Plaintiff received her Notice of Suit Rights and timely files this action within ninety (90) days of receipt.

9. A substantial part of the events, transactions, and occurrences concerning this lawsuit arose in the geographical environs of the Western District of Kentucky; thus, venue is proper in this Court.

## IV.   FACTUAL ALLEGATIONS

10. On or about July 13, 2020, Plaintiff was hired by Defendant as a Deputy Jailer.

11. On or about June 13, 2021, Plaintiff was sexually harassed by Deputy Jason Blevins.

12. Deputy Blevins made several inappropriate comments pertaining to Plaintiff's physical appearance. In one instance, Deputy Blevins told Plaintiff she had "old saggy granny boobs." In another, he made several comments about Plaintiff obtaining a bucket so she could "sit on it and suck [his] dick."

13. Plaintiff reported the sexual harassment incidents to her Third Shift Supervisor, Corporal Winters. Later, Plaintiff also reported them to Major Jack Jones in Human Resources.

14. Major Jones told Plaintiff that despite Deputy Blevins' comments and the fact that he had previously had issues, Deputy Blevins would not be terminated or rescheduled to a different shift.

15. Defendant took no remedial action against Deputy Blevins for his behavior.

16. On or around June 20, 2021, Plaintiff reported another incident that occurred with Deputy Richards when he put his hand around her throat.

17. Defendant took no remedial action against Deputy William Richards for his behavior.

18. Following Plaintiff's reports of sexual harassment, Plaintiff was subjected to heightened scrutiny. For instance, Plaintiff's supervisors informed her that she was to report her location to them at all times.

19. Similarly situated employees who did not file a claim of sexual harassment were not subjected to a heightened level of scrutiny.

## V. CAUSES OF ACTION

### COUNT I: SEXUAL HARASSMENT

20. Plaintiff hereby incorporates paragraphs one (1) through nineteen (19) of her Complaint.

21. Defendant violated Plaintiff's rights and discriminated against her based on her sex by subjecting her to a hostile work environment, sexual harassment, and failing to remediate claims of sexual harassment.

22. Defendant's actions were intentional, willful, and in reckless disregard of Plaintiff's rights as protected by Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*. and KRS 344.010 *et seq*.

23. Plaintiff has suffered and continues to suffer harm as a result of Defendant's unlawful actions.

### COUNT II: RETALIATION

24. Plaintiff hereby incorporates paragraphs one (1) through twenty-three (23) of her Complaint.

25. Defendant violated Plaintiff's rights by retaliating against her for engaging in a protected activity.

26. Defendant's actions were intentional, willful, and in reckless disregard of Plaintiff's rights as protected by Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*. and KRS 344.010 *et seq*.

27. Plaintiff has suffered and continues to suffer harm as a result of Defendant's unlawful actions.

### VI.     REQUESTED RELIEF

**WHEREFORE**, Plaintiff, Melissa Parham, respectfully requests that this Court enter judgment in her favor and award her the following relief:

1) Transfer Plaintiff to First Shift without penalty, reduced perquisites, or reduction to her current compensation;

2) All wages, benefits, compensation, and other monetary loss suffered as a result of Defendant's unlawful actions;

3) Compensation for any and all other damages suffered because of Defendant's unlawful actions;

4) Compensatory damages and damages for emotional distress;

5) Punitive damages for Defendant's violation of Title VII;

6) All attorney's fees and costs incurred as a result of bringing this action;

7) Pre- and Post-Judgment interest on all sums recoverable; and,

8) All other legal and/or equitable relief this Court sees fit to grant.

        Respectfully submitted,

        */s/ Andrew Dutkanych*
        Andrew Dutkanych
        BIESECKER DUTKANYCH & MACER, LLC
        144 North Delaware Street
        Indianapolis, Indiana 46204
        Telephone:  (317) 991-4765
        Facsimile:  (812) 424-1005
        Email:  ad@bdlegal.com

        *Attorney for Plaintiff, Melissa Parham*

## DEMAND FOR JURY TRIAL

Plaintiff, Melissa Parham, by counsel, respectfully requests a jury trial as to all issues deemed so triable.

Respectfully submitted,

*/s/ Andrew Dutkanych*
Andrew Dutkanych
BIESECKER DUTKANYCH & MACER, LLC
144 North Delaware Street
Indianapolis, Indiana 46204
Telephone: (317) 991-4765
Facsimile: (812) 424-1005
Email: ad@bdlegal.com

*Attorney for Plaintiff, Melissa Parham*